COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Case number:                01-11-01119-CV

Style:                *Azel Garrison Goolsbee v. H.E.B. Food Stores, Inc.,*
                *Oscar Moreno, Juanita L. Sandoval, R. Irvin, and*
                *Unidentified H.E.B. Food Stores Inc. Employees*, No.
                2010-61454 in the 215th Judicial District Court of Harris
                County, Texas, the Honorable Steve Kirkland presiding.

---

In her brief, pro se appellant Azel Garrison Goolsbee requested that pro bono counsel be appointed to assist her if her brief was found inadequate. We construe appellant's request as a motion to appoint pro bono counsel.

A general information packet was sent to appellant informing her that Section X of the docketing statement must be completed if she believed that her matter qualified for the Pro Bono Project. Appellant never filed a docketing statement in this case. Further, this Court does not "appoint" the pro bono counsel who take cases through the Pro Bono Project.

Appellant's motion is **denied.**

It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                Acting individually


Date:   August 21, 2013